An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

VISION AIRLINES, INC. D/B/A
AVIATION VENTURES, INC. D/B/A
VISION AVIATION HOLDINGS, INC.
D/B/A PREMIER AIRCRAFT
MANAGEMENT A/K/A AVIATION
VENTURES, INC.,
Appellant,
vs.
UNITED AVIATION SERVICES,
Respondent.

No. 62382

**FILED**

JUL 01 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellant's June 20, 2014, motion to voluntarily dismiss this appeal is granted. Accordingly, this appeal is hereby dismissed, with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc: Hon. Kerry Louise Earley, District Judge
Edward R. Miley, District Judge, Pro Tem
Thomas J. Tanksley, Settlement Judge
Howard & Howard
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Hand & Sullivan, LLC
Kevin C. Sewell
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-21481